MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Susan.Phan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0489 WHA |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| JOSE LUIS DIAZ, | ) | |
| Defendant. | ) | |

    The defendant appeared for his first status conference before this Court on August 30, 2011.  The parties have agreed to exclude the period of time between August 30, 2011 to September 13, 2011, from any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

//

1   At the hearing, the Court made findings consistent with this agreement.
2   SO STIPULATED:
3
4                                      MELINDA HAAG
                                       United States Attorney
5
6   DATED: September 7, 2011            _____/s/_____
                                        SUSAN PHAN
7                                       Special Assistant U.S. Attorney
8
9   DATED: September 7, 2011            _____/s/_____
                                        RITA BOSWORTH
10                                      Attorney for JOSE LUIS DIAZ
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0489 WHA

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | For the reasons stated above at the August 30, 2011 status conference, the Court finds |
| 3 | that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from |
| 4 | August 30, 2011 to September 13, 2011 is warranted and that good cause exists, and the ends of |
| 5 | justice served by the continuance outweigh the best interests of the public and the defendant in a |
| 6 | speedy trial.  18 U.S.C. §3161(h)(7)(A). |
| 8 | IT IS SO ORDERED. |
| 10 | DATED: September 8, 2011. |
| 11 | WILLIAM H. ALSUP<br>United States District Judge |

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0489 WHA